**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN W. QUICK | ) | |
| | ) | |
| V. | ) | 3-05-CV-1620-B |
| | ) | |
| ASSISTANT DISTRICT ATTORNEY | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 16 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. The District Court reviewed the proposed findings, conclusions and recommendation for plain error and considered the objections filed by the plaintiff. Finding no plain errors, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of Dec., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE